IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DALE DONALD EUGENE BROOKS,

    Plaintiff,

v.

LAURA JEAN BROOKS,

    Defendant.

Case No. 2:25-cv-00997-AR

**ORDER TO DISMISS**

**BAGGIO, District Judge**

    Plaintiff Dale Donald Eugene Brooks, an adult in custody at the Snake River Correctional Institution, brings this 42 U.S.C. § 1983 civil rights action as a self-represented litigant. On June 12, 2025, this Court issued an Order (ECF No. 13) denying Brooks' Application to Proceed *In Forma Pauperis* under 28 U.S.C. § 1915(g). The Court gave Brooks 30 days to pay the $405.00 filing fee and advised him that if he failed to do so, this action would be dismissed. On July 15, 2025, Magistrate Judge Jeff Armistead granted Brook's motion for an extension of time to August 14, 2025, to pay the filing fee. Judge Armistead again advised Brooks that if he did not do so, an order and judgment of dismissal would be entered.

    Plaintiff did not pay the filing fee. Accordingly, IT IS ORDERED that this action is DISMISSED, without prejudice, and all pending motions are denied as MOOT.

    DATED: 08/18/2025

    *Amy M. Baggio*
    Amy M. Baggio
    United States District Judge

1 – ORDER TO DISMISS